persona, for appellant; *James L. Head,* with him *Klein, Elicker, Head & Butler,* for appellee.

Order affirmed; petition for reargument refused May 29, 1975.

## Cohen *v.* Nationwide Insurance Company, Appellant.

order by HIRSH, J. Argued March 17, 1975. *Robert M. Ruzzi,* for appellant; *Bernard M. Gross,* with him *Harris Sklar,* and *Gross & Sklar,* for appellee.

Order affirmed.

## Commonwealth *v.* Arce, Appellant.

Argued March 19, 1975. *William C. Costopoulos,* with him *Kollas & Costopoulos,* for appellant; *Kevin A. Hess,* Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bilbee, Appellant.

Argued March 20, 1975. *Nathan Criste,* Assistant Public Defender, with him *Paul Laskow,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.